AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*
Bruce K. Leigh SBN 129753
Stanton, Kay & Watson LLP
101 New Montgomery, 5th Floor

San Francisco CA 94105
TELEPHONE NO.: 415/512-3501        FAX NO.: 415/512-3515
ATTORNEY FOR *(Name):* Judgment Creditors

NAME OF COURT: U. S. District Court, ND Cal.
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco

**FILED**

MAR 09 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

PLAINTIFF: Larry Totten and Jose Moreno

DEFENDANT: Marinship Construction Services, Inc., and Derek H. Smith

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: |
|---|---|
| [X] ENFORCEMENT OF JUDGMENT    [ ] ATTACHMENT (Third Person) | 3:04cv3733 MHP (JL) |
| [ ] Judgment Debtor    [X] Third Person | |

## ORDER TO APPEAR FOR EXAMINATION

1. TO *(name):* Derek H. Smith 2003 Trust, in person of Derek H. Smith
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [ ] furnish information to aid in enforcement of a money judgment against you.
   b. [X] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

| Date: **April 19, 2006**    Time: **9:30 a.m.**    Dept. or Div.: ~~xxxxxxx~~ Rm.: ~~xxxxxxx~~ |
|---|
| Address of court [X] shown above [ ] is:        **15th Flr        Courtroom F** |

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person *(name):*

Date: 3-7-06

_____
JUDGE OR REFEREE

---

**This order must be served not less than 10 days before the date set for the examination.**
## IMPORTANT NOTICES ON REVERSE

### APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [X] Judgment creditor    [ ] Assignee of record    [ ] Plaintiff who has a right to attach order
   applies for an order requiring *(name):*                                        to appear and furnish information
   to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   [ ] the judgment debtor
   [X] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: February 23, 2006

Bruce K. Leigh                                    ► *Bruce K. Leigh*
_____                  _____
(TYPE OR PRINT NAME)          *(Continued on reverse)*          (SIGNATURE OF DECLARANT)

| Form Adopted for Mandatory Use Judicial Council of California AT-138, EJ-125 [Rev. July 1, 2000] | APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION (Attachment — Enforcement of Judgment) | Legal Solutions Plus | Code of Civil Procedure §§ 491.110, 708.110, 708.120 |
|---|---|---|---|

## ATTACHMENT A
Application and Order For Appearance and Examination

4.      Judgment creditor:  Derek H. Smith 2003 Trust, in the person of Derek H. Smith

1 | James P. Watson, (SBN 046127)
Bruce K. Leigh (SBN 129753)
2 | STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
3 | San Francisco, CA 94105
Telephone: (415) 512-3501
4 | Facsimile: (415) 512-3515

5 | Attorneys for Plaintiffs

6

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9

10 | LARRY TOTTEN as CHAIRMAN and JOSE
MORENO as CO-CHAIRMAN of the BOARD OF
11 | TRUSTEES FOR THE LABORERS HEALTH
AND WELFARE TRUST FUND FOR
12 | NORTHERN CALIFORNIA; LABORERS
VACATION-HOLIDAY TRUST FUND FOR
13 | NORTHERN CALIFORNIA; LABORERS
PENSION TRUST FUND FOR NORTHERN
14 | CALIFORNIA; and LABORERS TRAINING AND
RETRAINING TRUST FUND FOR NORTHERN
15 | CALIFORNIA,

16 | Plaintiffs,

17 | v.

18 | MARINSHIP CONSTRUCTION SERVICES,
INC., a California corporation; and DEREK H.
19 | SMITH, an Individual,

20 | Defendant.

**Case No.: 3:04cv3733 MHP**

**DECLARATION OF BRUCE K. LEIGH IN SUPPORT OF JUDGMENT CREDITORS' APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

21

22 | I, BRUCE K. LEIGH, declare as follows:

23 | 1. I am an associate of the law firm of Stanton, Kay & Watson, LLP, counsel to plaintiffs and

24 | now judgment creditors LARRY TOTTEN and JOSE MORENO, as Chairman and Co-Chairman,

25 | respectively, of the Boards of Trustees for the various Laborers Trust Funds named in the caption

26 | above.

27 | 2. Based on my examination of the correspondence and pleadings files in this action, and

28 | investigation into the assets of the judgment debtors, Marinship Construction Services, Inc., and

-1-

1 | Derek H. Smith, I have personal knowledge of the following, and, if I were called upon to testify, I

2 | would be competent to do so as to the following.

3 | 3. On March 21, 2005, this Court entered a *Judgment By The Court* in this action awarding

4 | plaintiffs a money judgment in the amount of $196,724.65 to be paid by the judgment debtors,

5 | Marinship Construction Services, Inc., and  Derek H. Smith.

6 | 4. Neither judgment debtor has made any payment to reduce this joint judgment debt.  The

7 | only payment received since the judgment was entered was by a general contractor, pursuant to a

8 | collective bargaining agreement, in the amount of $6,780.24 from funds otherwise owed to the

9 | debtors.  Apart from this payment, the judgment remains due and payable in full.  Accordingly, to

10 | enforce collection on the judgment, the judgment creditors now apply for orders to appear for

11 | examination directed to Derek H. Smith as settlor, trustee or beneficiary of the Derek H. Smith 2003

12 | Trust and as chief executive officer of Marinship Construction Services, Inc.

13 | 5. My search of real property tax assessors' records and transaction records has found that

14 | Derek H. Smith is listed as the settlor, trustee and/or beneficiary of a Derek H. Smith 2003 Trust,

15 | which is owner or part owner of real property at 3637 Rhoda Avenue, Oakland, CA 94602-3318.

16 | Judgment creditors reasonably believe that Derek H. Smith has information regarding this Trust and

17 | possession or control of records of this Trust.

18 | 6. Derek H. Smith is also listed in the corporation license record and/or California

19 | Contractor's State License Board record of Marinship Construction Services, Inc., as its chief

20 | executive officer or responsible managing officer.  Judgment creditors reasonably believe that Derek

21 | H. Smith has information regarding this corporation and possession or control of its records relating

22 | to its assets and to income and assets of judgment debtor Derek H. Smith.

23 | 7. Thus, the judgment creditors in this action have reasonable information and belief to

24 | support their application herein for an order to appear for examination under C.C.P. §§ 708.120 or

25 | / / / / /

26 | / / / / /

27 | / / / /

28 | / / / /

-2-

1  708.130 directed to Derek H. Smith as settler, trustee, or beneficiary of the Trust and as chief

2  executive officer of the corporation.

3

4       I declare under penalty of perjury under the laws of the State of California that the foregoing

5  is true and correct and that this declaration was executed on February 22, 2006, at San Francisco,

6  California.

7

8  DATED: February 22, 2006                  STANTON, KAY & WATSON, LLP

9

10                            By_____

11                                 Bruce K. Leigh
                                 Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21  F:\Cases\7000\7000.1015 Marinship\PLEADINGS\Post-judgment\Decl iso OAFE.doc

22

23

24

25

26

27

28

-3-